ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com
Attorney for Plaintiff Maria Huerta

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARIA HUERTA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A, BERRYHILL,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CASE NO. EDCV 16-978-AFM<br><br>~~[PROPOSED]~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND DOLLARS and NO CENTS ($7,000.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS, pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: 10/24/2017 _____
UNITED STATES MAGISTRATE JUDGE

-1-